Motion Granted. Plaintiff's First Amended Complaint is deemed filed as of the date of this Order.
/s/ John R. Adams
U.S. District Judge
January 13, 2025

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| AMBER HOWARD, | |
| Plaintiff, | Case No. 4:24-cv-01841 |
| vs. | Hon. John R. Adams |
| ALFRED FALGIANI, JR.; IDA FALGIANI; FALGIANI RENTAL PROPERTIES 1, LLC; and FALGIANI RENTAL PROPERTIES II, LLC, | |
| Defendants. | |

**CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff Amber Howard moves under Federal Rule of Civil Procedure 15(a)(2) for leave to amend her Complaint based on the consent of the opposing parties. In support of her motion, Plaintiff states:

1. On October 22, 2024, Plaintiff filed her original complaint. ECF No. 1.

2. Based on publicly available records, Plaintiff believed Defendant Alfred Falgiani, Jr. was in a business relationship with his sister, Ida Falgiani. *Id*. ¶¶ 10-15.

3. Plaintiff believed that Mr. Falgiani and Ms. Falgiani owned rental properties in their own names, as well as in the names of two limited liability companies, including Falgiani Rental Properties I, LLC and Falgiani Rental Properties II, LLC (the "LLCs"). *Id*. ¶ 11.

4. Accordingly, Plaintiff named as Defendants to her complaint Alfred Falgiani, Jr., Ida Falgiani, and the LLCs. *Id*. at 1.

1